# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Asbury Woods, LLC and Lennar Chicago, Inc.,

Petitioners,

v.

Asbury Woods Condominium Association,

Respondent.

Case No. 19 C 682
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Petitioners Asbury Woods, LLC and Lennar Chicago, Inc. and against Asbury Woods Condominium Association.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer.

.

Date: 3/21/2019                                        Thomas G. Bruton, Clerk of Court

                                                        Ena T. Ventura , Deputy Clerk